Aaron M. Waite, Esq. (7947)
THE COOPER CASTLE LAW FIRM, LLP
5275 South Durango Drive
Las Vegas, Nevada 89113
(702) 435-4175 Telephone
(702) 877-7424 Facsimile
E-Mail: awaite@ccfirm.com

Attorneys for Defendant
The Cooper Castle Law Firm, LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA ANN LARMER, | Case No.: 3:11-cv-00569-RCJ -VPC |
| Plaintiff, | |
| v. | **THE COOPER CASTLE LAW FIRM AND SHANNON WHITE'S JOINDER TO BANK OF AMERICA'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND EXPUNGE LIS PENDENS** |
| SIERRA PACIFIC MORTGAGE COMPANY, INC. GREENHEAD INVESTMENTS, INC., A CALIFORNIA CORPORATION; THE COOPER CASTLE LAW FIRM, LLP, a Nevada Limited Liability Company; COUNTRYWIDE HOME LOANS SERVICING LP; SHANNON WHITE; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action, | |
| Defendants. | |

Defendant, THE COOPER CASTLE LAW FIRM, LLP ("CCLF") and SHANNON WHITE ("WHITE"), by and through their counsel AARON M. WAITE, ESQ. of THE COOPER CASTLE LAW FIRM, LLP, hereby joins in Defendant, Bank of America, N.A. as

- 1 -

D497

successor by merger to BAC Home Loans Servicing, LP, formerly known as Countrywide Home Loans Servicing L.P.'s Motion to Dismiss FOR Failure to State a Claim and Expunge Lis Pendens [Document No. 7].

CCLF specifically joins and adopts the arguments and contentions raised by Bank of America in its Motion to Dismiss FOR Failure to State a Claim and Expunge Lis Pendens, incorporate them as their own, and move the court for dismissal of the complaint as to CCLF and WHITE.  CCLF is the foreclosure trustee and WHITE was at all relevant times an employee of CCLF.  The Court should grant the motion to dismiss Plaintiff's Complaint with prejudice or in the alternative, require Plaintiff to provide a more definite statement of the claims against Defendants.

DATED this 30th day of August, 2011.

THE COOPER CASTLE LAW FIRM, LLP


     /s/ Aaron M. Waite
Aaron M. Waite, Esq.
Nevada State Bar No. 7947
*awaite@ccfirm.com*
THE COOPER CASTLE LAW FIRM, LLP
820 S. Valley View Blvd.
Las Vegas, Nevada  89107
Telephone (702) 435-4175
Facsimile: (702) 877-7424

Attorneys for Defendant
The Cooper Castle Law Firm, LLP

D497

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2011, I electronically filed the foregoing THE COOPER CASTLE LAW FIRM AND SHANNON WHITE'S JOINDER TO BANK OF AMERICA'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND EXPUNGE LIS PENDENS via CM/ECF system which will send a notice of electronic filing to all parties listed on the Notice of Electronic Filing.

                                               */s/ Heather Mensch*
                                               An employee of
                                               THE COOPER CASTLE LAW FIRM, LLP

D497