AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

PATRICIA ANN LARMER,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

        CASE NUMBER: **3:11-CV-00569-RCJ-VPC**

SIERRA PACIFIC MORTGAGE
COMPANY, INC., et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss and expunge lis pendens (#7) be granted without leave to amend.

   1/10/2012                                      **LANCE S. WILSON**
                                                         Clerk

                                                   /s/ P. McDonald
                                                   Deputy Clerk